SEALED

25-5113-JGD

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
APR 28 2025
Clerk U.S. District Court
Greensboro, NC
by ___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:25CR151-1 |
| RUTH CHISINA MUFUTE | : | |

The Grand Jury charges:

At all times relevant to this Indictment:

### General Allegations

1. The United States Agency for International Development ("USAID") was an independent federal government agency that served as the principal federal agency to extend development assistance to foreign countries. To perform its functions, USAID worked with various entities, including nonprofit organizations.

2. Company 1 was a Durham, North Carolina-based nonprofit organization with more than 50 offices worldwide known for the provision of health-related services such as clinical research, product quality and compliance, consulting, and health communication and social marketing services. Company 1 worked closely with USAID by offering its health-related expertise in various USAID programs worldwide.

3. In or around June 2014, Company 1 secured a cooperative agreement from USAID to "support USAID in assisting South African

Government and civil society organizations to sustain an improved, country-led response to HIV and AIDS."

4. Some Company 1 employees working in South Africa on the USAID cooperative agreement were not citizens or residents of South Africa before they moved there to work for Company 1. For these employees, Company 1 offered certain employment-related benefits funded by USAID, including a housing allowance.

5. Employees receiving a housing allowance received guidelines from Company 1 known as the U.S. and Third Country National Expatriate Allowances and Differentials Guidelines ("Guidelines"). The Guidelines clearly specified that Company 1 "ceases all housing allowance and housing-related payments/allowances as of the date of an employee's purchase of a home at the location of assignment."

### The Defendant

6. RUTH CHISINA MUFUTE was a citizen of Zimbabwe. In or around June 2014, she joined Company 1's South Africa office as Chief of Party on the Capacity Development and Support Program.

7. As Chief of Party, RUTH CHISINA MUFUTE served as the country representative for Company 1 in South Africa, functioning as the primary point of contact between Company 1 and the South African government and providing management and administrative oversight to the

2

HIV and AIDS capacity development programs Company 1 initiated for the South African government.

8. CC-1, a citizen of Zimbabwe, was RUTH CHISINA MUFUTE's husband.

9. On or about February 6, 2014, RUTH CHISINA MUFUTE and CC-1 became the owners of a residence located in Pretoria, South Africa (the "Property").

## COUNT ONE
### Conspiracy to Commit Wire Fraud

10. Paragraphs 1 through 9 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

11. From in or around June 2014, and continuing through at least in or around May 2023, in the Middle District of North Carolina and elsewhere, defendant, RUTH CHISINA MUFUTE, did knowingly and intentionally, that is, with the intent to advance the conspiracy, combine, conspire, and agree with other individuals, to commit an offense against the United States, namely, wire fraud, that is, to knowingly, and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, transmit and cause to be transmitted, by means of wire communications in

3

interstate and foreign commerce, writings, signs, signals, pictures, and sounds, for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## Purpose of the Conspiracy

12. It was a purpose of the conspiracy for RUTH CHISINA MUFUTE, and others, to unlawfully enrich themselves by obtaining housing allowances from Company 1 under false and misleading pretenses, including by submitting, and causing to be submitted, fraudulent documents and electronic communications.

## Manner and Means of the Conspiracy

13. In furtherance of the conspiracy, and to accomplish its object, RUTH CHISINA MUFUTE, and others, concealed from Company 1 the fact that they were the owners of the Property.

14. It was further part of the conspiracy that RUTH CHISINA MUFUTE, and others, submitted and caused to be submitted to Company 1 a falsified lease agreement for the Property that RUTH CHISINA MUFUTE had purportedly entered into with a fictitious landlord ("Individual 1").

15. It was further part of the conspiracy that RUTH CHISINA MUFUTE, and others, falsely represented to Company 1 that the Property was vacant and available for them to rent beginning in July 2014.

16. It was further part of the conspiracy that RUTH CHISINA MUFUTE, and others, created and caused to be created a Gmail account that they falsely represented as belonging to Individual 1.

17. It was further part of the conspiracy that RUTH CHISINA MUFUTE, and others, submitted, and caused to be submitted, to Company 1 false and fraudulent electronic communications purporting to be between RUTH CHISINA MUFUTE and Individual 1, depicting Individual 1, ostensibly acting as the landlord, as confirming that RUTH CHISINA MUFUTE had paid rent for the Property and confirming the renewal of RUTH CHISINA MUFUTE's lease of the Property.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FIVE
### Wire Fraud

18. Paragraphs 1 through 17 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

19. From at least in or around June 2014 through at least in or around May 2023, in the Middle District of North Carolina, and elsewhere, defendant, RUTH CHISINA MUFUTE, did knowingly, and with the intent to defraud, having devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing such pretenses, representations, and promises were false and fraudulent when made, transmit

and cause to be transmitted, by means of wire communications in interstate and foreign commerce, writings, signals, pictures, and sounds, for the purpose of executing such scheme and artifice.

## Purpose

20. The Grand Jury realleges and incorporates by reference paragraph 12 of this Indictment as a description of the purpose of the scheme and artifice to defraud.

## Scheme and Artifice to Defraud

21. The Grand Jury realleges and incorporates by reference paragraphs 13 through 17 of this Indictment as a description of the scheme and artifice to defraud.

## Use of the Wires

22. On or about the dates specified as to each count below, RUTH CHISINA MUFUTE, in the Middle District of North Carolina, and elsewhere, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, did knowingly transmit and cause to be transmitted, by means of wire, radio, and television communication, writings, signals, pictures, and sounds in interstate and foreign commerce:

| Count | Approx. Date | Description of Wire |
|---|---|---|
| Two | February 12, 2021 | Interstate wire transfer of $9,348.74 housing allowance from Company 1 headquarters in |

6

|  |  | Durham, North Carolina to MUFUTE's Citibank Account |
|---|---|---|
| Three | August 25, 2021 | MUFUTE's email sent from outside of the United States to Company 1 headquarters in the Middle District of North Carolina, with attached falsified rent confirmation email |
| Four | February 10, 2022 | Interstate wire transfer of $10,019.70 housing allowance from Company 1 headquarters in Durham, North Carolina, to MUFUTE's Citibank Account |
| Five | July 13, 2022 | MUFUTE's email sent from outside of the United States to Company 1 headquarters in the Middle District of North Carolina, with attached falsified lease extension email |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATIONS

23. Paragraphs 1 through 22 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

24. Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2) and Title 28, United States Code, Section 2461(c), upon conviction of any of the offenses alleged in Counts One through Five, in violation of Title 18, United States Code, Section 1349 or 1343, RUTH CHISINA MUFUTE shall forfeit to the United States of America any

7

property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, a money judgment in an amount equal to the total amount subject to forfeiture as a result of the offenses of which RUTH CHISINA MUFUTE is convicted.

25. If, as a result of any act or omission of RUTH CHISINA MUFUTE, any property subject to forfeiture:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person or entity;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: April 28, 2025

RANDALL S. GALYON
Acting United States Attorney

LORINDA I. LARYEA
Fraud Section, Criminal Division

BY:  SUNGTAE KANG
Fraud Section, Criminal Division
United States Department of Justice
Virginia State Bar No. 90100
1400 New York Avenue, NW
Washington, DC 20005
Telephone: 202-875-1551
E-mail: sungtae.kang@usdoj.gov

A TRUE BILL:

FOREPERSON _____

9